In the Matter of THOMAS O'KEEFE, Respondent, against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Appellant.

(Argued May 22, 1935; decided June 11, 1935.)

*John J. Bennett, Jr., Attorney-General* (*Caleb Candee Brown, Jr.,* of counsel), for appellant.

*A. Stanley Copeland* for respondent.

Order affirmed; no opinion. (See 268 N. Y. 632.)

Concur: LEHMAN, O'BRIEN, CROUCH and FINCH, JJ. Dissenting: CRANE, Ch. J., HUBBS and LOUGHRAN, JJ.